UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| EDRICK DILLARD, | Case No. 3:19-cv-00400-MMD-CBC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| NEVADA, STATE OF, *et al.*, | |
| Respondents. | |

Edrick Dillard submitted what he titled a petition pursuant to 18 U.S.C. § 3600 and the Innocence Protection Act of 2004 on this Court's form for a 28 U.S.C. § 2254 habeas corpus petition (ECF No. 1-3). His application to proceed in forma pauperis is granted. However, federal habeas relief is only available on the ground that Dillard is in custody in violation of his federal constitutional rights. *See* 28 U.S.C. § 2254(a). Dillard states that he "is requesting the chain of custody of the genetic marker DNA analysis . . . . raw data, notes, worksheets, flow charts" from his state-court sex trafficking case. (ECF No. 1-3 at 5.) He apparently seeks to further test DNA evidence and/or a further "appeal" of the Nevada Court of Appeals' affirmance of the denial of his motion to retest DNA evidence. (*See id.* at 1.) *See also* Nevada Court of Appeals Case No. 76377. This Court lacks jurisdiction to consider that state-court determination. Thus, this action is dismissed for lack of jurisdiction.

It is therefore ordered that Petitioner's application to proceed in forma pauperis (ECF No. 1) is granted.

The Clerk of Court is directed to detach and file the petition (ECF No. 1-3).

It is further ordered that the petition is dismissed.

It is further ordered that a certificate of appealability is denied.

///

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 6th day of August 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE